UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 23-MJ-02068-BECERRA (SEALED)

UNITED STATES OF AMERICA,
    Plaintiff,

V.

ANATOLY LEGKODYMOV,
    Defendant(s).
_____/

## ORDER

THIS CAUSE came before the Court and pursuant to proceedings it is thereupon, PURSUANT TO THE ARREST OF THE ABOVE NAMED DEFENDANT, THIS CASE IS HEREBY UNSEALED.

**DONE AND ORDERED** at Miami, Florida.

Dated: 1/18/2023

_____
**Jacqueline Becerra**
**UNITED STATES MAGISTRATE JUDGE**