UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-MJ-02068-Becerra

UNITED STATES OF AMERICA,

v.

NOTICE OF PERMANENT
APPEARANCE AS COUNSEL
OF RECORD

Anatoly Legkodymov                South Florida Only

COMES NOW __Joel DeFebio__, and files this appearance as counsel for the above named defendant(s). Counsel agrees to represent the defendant(s) for all proceedings arising out of the transaction with which the defendant(s) is/are presently charged in the United States District Court in and for the Southern District of Florida.

Counsel hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rule 11.1 and the Special Rules Governing the Admission and Practice of Attorneys.

Counsel acknowledges responsibility to advise the defendant(s) of the right of appeal, to file a timely notice of appeal if requested to do so by the defendant(s), and to pursue that appeal unless relieved by Court Order.

FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.

DATED: 1-18-23

Attorney __Joel DeFebo__
Florida Bar Number __0311524__
Address __201 Alhambra Circle #503__
City __Coral Gables__ State __FL__ Zip Code __33134__
Telephone __(305) - 433-6191__

The undersigned defendant(s) hereby consent(s) to the representation of the above counsel.

_____

_____

_____