# MINUTE ORDER

Page 3

## Magistrate Judge Jacqueline Becerra

King Building Courtroom 10-6     Date: 1/18/2023    Time: 1:30 p.m.

Defendant: ANATOLY LEGKODYMOV    J#: 40111-510    Case #: 23-MJ-02068-BECERRA (SEALED)

AUSA: Aurora Fagan     Attorney: Joel DeFabio, Perm

Violation: DIST-E/NY/WARR/COMPLAINT/CONDUCTING AN UNLICENSED MONEY TRANSMITTING BUSINESS    Surr/Arrest Date: 1/18/2023    YOB: 1982

Proceeding: Initial Appearance     CJA Appt:

Bond/PTD Held: ○ Yes ○ No    Recommended Bond:

Bond Set at:     Co-signed by:

- [ ] Surrender and/or do not obtain passports/travel docs
- [ ] Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- [ ] Random urine testing by Pretrial Services / Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [ ] No contact with victims/witnesses, except through counsel
- [ ] No firearms
- [ ] Not to encumber property
- [ ] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [ ] Travel extended to:
- [ ] Other:

Language: Russian/English

Disposition:
- Deft advised of rights
- Case unsealed
- Brady given
- Mr. DeFabio filed Perm app for Miami only
- Gvt req PTD re risk of flight
-

Time from today to ___ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**    Date:    Time:    Judge:    Place:

Report RE Counsel:
(PTD)/Bond Hearing: 1-20-23    10am    Duty    MJA
Prelim/Arraign or (Removal): "  "  "  "
Status Conference RE:
D.A.R. 13:45:37/14:06:52     Time in Court: 11 mins

s/Jacqueline Becerra     Magistrate Judge