# COURT MINUTES

Page 4

## Chief Magistrate Judge Edwin G. Torres

King Building Courtroom 10-5     Date: 1/20/2023    Time: 10:00 a.m.

Defendant: **ANATOLY LEGKODYMOV**    J#: 40111-510    Case #: 23-2068-MJ-BECERRA

AUSA: Aurora Fagin      Attorney: JOEL DEFABIO (PERM MIA ONLY)

Violation: WARR/COMPLAINT/ED/NY/CONDUCTING AN UNLICENSED MONEY TRANSMITTING BUSINESS

Proceeding: Detention/Removal      CJA Appt:

Bond/PTD Held: ◯ Yes  ◯ No    Recommended Bond: TEMP PTD

Bond Set at:      Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

**Language: English\*\***

Disposition:

**\*\*Defendant states he does not require the services of a Russian Interpreter – Fluent in English**

Defendant **WAIVES** his right to a pretrial detention hearing in this district and the matter of bond will be addressed in the ED/NY – NO HEARING HELD. Defendant **WAIVES** Removal and is ordered removed to the ED/NY.

Time from today to ___ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**    Date:    Time:    Judge:    Place:

Report RE Counsel:

PTD/Bond Hearing:

Prelim/Arraign or Removal:

Status Conference RE:

D.A.R. 10:08:01      Time in Court: 1