**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 23-mj-02068-BECERRA**

**UNITED STATES OF AMERICA**

vs.

**ANATOLY LEGKODYMOV,**
a/k/a Anatolii Legkodymov, Gandalf, Tolik

        **Defendant.**
_____/

### NOTICE OF APPEARANCE

The United States of America, through undersigned Assistant United States Attorney, hereby files this Notice of Appearance, requesting that the undersigned be informed of all future filings in the above captioned case.

                                                          Respectfully submitted,

                                                          MARKENZY LAPOINTE
                                                          UNITED STATES ATTORNEY

                               By:    */s/ Aurora Fagan*
                                                          AURORA FAGAN
                                                          Assistant United States Attorney
                                                          Florida Bar No. 188591
                                                          500 Australian Avenue, Suite 400
                                                          West Palm Beach, Florida 33401-6209
                                                           Telephone: 561-209-1034
                                                          Email: Aurora.Fagan@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 3, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

By: */s/ Aurora Fagan*
 AURORA FAGAN
 Assistant United States Attorney