# COURT MINUTES

## Magistrate Judge Alicia M. Otazo-Reyes

Atkins Building Courthouse - 10th Floor     Date: 2/3/23     Time: 10:00 a.m.

Defendant: Anatoly Legkodymov    J#: 4011-510    Case #: 23-2068-MJ-BECERRA

AUSA: Marc Chattah    Attorney: JOEL DEFABIO - perm

Violation: WARR/CMPT/E/D/NY - CONDUCTING AN UNLICENSED MONEY TRANSMITTING BUSINESS

Proceeding: S/C RE: WAIVER OF SPEEDY TRIAL     CJA Appt:

Bond/PTD Held: ○ ○     Recommended Bond:

Bond Set at: PTD(stip)     Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: English

Disposition: Brady Order already given

Deft signed waiver of preliminary/arraignment & waiver of speedy trial through 4/14/23.

Time from today to 4/14 excluded from Speedy Trial Clock

NEXT COURT APPEARANCE    Date:    Time:    Judge:    Place:

Report RE Counsel:    7 EDNY

PTD/Bond Hearing:

Prelim/Arraign or Removal: 4/14

Status Conference RE:

D.A.R. 10:11:50     Time in Court: 4 min